UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Gary Emmons,** ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Case No. 4:10CV00376 FRB |
| ) | |
| **Bridgestone Americas, Inc., et al.**, ) | |
| ) | |
| Defendant. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on March 5, 2010 and assigned to the Honorable Frederick R. Buckles. Because the jurisdiction of this matter lies in the Southeast Division of this district, this case should have been assigned a Southeast Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeast Division of this court and assigned Case No.1:10cv0041LMB. The Honorable Lewis M. Blanton will preside.

Case No. 4:10cv00376 FRB is hereby administratively closed. Judge Buckles's name will be replaced for future assignment.

Dated this 10th day of March, 2010.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **1:10cv0041 LMB** in all future matters concerning this case.